IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr514-MHT |
| | ) | (WO) |
| **SALVADOR LOPEZ-LOPEZ** | ) | |

### ORDER

Based on the representations made on the record on January 5, 2015, it is ORDERED that the psychological report (doc. no. 27) is filed for sentencing purposes only and that no one contends, and the record does not suggest, that defendant Salvador Lopez-Lopez is mentally incompetent.

DONE, this the 6th day of January, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE